# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

___

In re:

    Thomas W. Hofmann            BKY No. 17-42737 KHS

        Debtor                       Chapter 13

___

**NOTICE OF HEARING FOR CONFIRMATION OF MODIFIED
PRE-CONFIRMATION CHAPTER 13 PLAN**

TO: All interested parties

The Confirmation Hearing regarding the above noted Chapter 13 case is to be held on **December 21, 2017 at 10:30 a.m.,** or as soon thereafter as counsel can be heard, before the Honorable Kathleen H. Sanberg at the U.S. Courthouse, Courtroom 8 West, 300 South Fourth Street, Minneapolis MN 55415.

Enclosed and served with this notice is a copy of the modified Chapter 13 plan for the above noted case.


/e/ Ronald J. Lundquist                               DATED: 11/13/2017
Ronald J. Lundquist  Atty No. 269232
Attorney for Debtors
3470 Washington Dr. #214
Eagan MN 55122
PH: (651) 454-0007
FAX: (651) 454-0006
E-Mail: ron@all-bankruptcy.com

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                                    Case No.
    Thomas W. Hofmann

    Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☑ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: November 6, 2017

X  /s/ Thomas W. Hofmann                              X _____
Signature of Debtor1 or Authorized                         Signature of Debtor 2
Representative

**Thomas W. Hofmann**
Printed Name of Debtor 1 or                                 Printed Name of Debtor 2
Authorized Representative

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In re:** Thomas W. Hofmann | **CHAPTER 13 PLAN** |
| **Debtor(s)** | **Dated: 11/06/2017** |
| | **Case No. 17-42737** |

*In a joint case,*
*debtor means debtors in this plan.*

_____

**1. DEBTOR'S PAYMENTS TO TRUSTEE —**
a. As of the date of this plan, the debtor has paid the trustee $380.00.
b. After the date of this plan, the debtor will pay the trustee $380.00 per month for 47 months, beginning within 30 days after the order for relief, for a total of $17,860.00. The minimum plan length is 36 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee  0.00  .
d. The debtor will pay the trustee a total of $18,240.00   [line 1(a) + line 1(b) + line 1(c)].

**2. PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $1824.00   , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | Total Payments |
|---|---|---|---|
| a. None | | | |
| b. | | | |
| c. TOTAL | | | |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| a. NONE | |
| b. | |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| a. None | |
| b. | |
| c. | |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. ***All following entries are estimates.*** The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Fay Servicing/Wells Fargo | 10,944- | 342- | 10 | 32 | 10,944- |
| b. | | | | | |
| **TOTAL:** | | | | | **10,944-** |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. ***All following entries are estimates, except for interest rate.***

| Creditor | Amount of Default | **Int. rate** *(if applicable)* | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| NONE | | | | | | |
| d. TOTAL | | | | | | |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C.§ 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | X | (Monthly Payment) | X | (Number of Payments) | = | Payments on Account of Claim | + | (Adequate Protection from ¶ 3) | = | **TOTAL PAYMENTS** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. None | | | | | | | | | | | | | | |
| d. TOTAL: | | | | | | | | | | | | | | |

**9. PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following.
*The amounts listed are estimates*. The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | 2990- | 342/254 | 1/9 | 8/1 | 2990.00 |
| b. IRS | 863.00 | Pro rated | | | 863.00 |
| c. MDR | 1.00 | pro rated | | | 1.00 |
| **d. TOTAL** | | | | | **3854.00** |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: Debts with a co-debtor
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates*.

| Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. NONE | | | | | | |

**11. TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately    $1,618.00. [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $0.00
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $59,021.00.
c. Total estimated unsecured claims are $59,021.00 [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, or 11 *will be paid* to holders of non-priority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** —  a. The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.  b. Upon confirmation of this plan all secured lenders listed in paragraph 5, if any, shall resume issuing regular monthly billing statements to the debtor(s)  at their address listed in the petition. c. Upon confirmation of this plan all property of the estate shall vest in the debtor(s).  d. The debtor(s) shall send the Trustee each year during the Chapter 13 Plan copies of federal and state income tax returns at the time they are filed.  The debtor(s) shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case.  Individual debtors shall be entitled to retain the first $1,200 of refunds and a married debtor or joint debtors shall be entitled to retain the first $2,000 of refunds  plus any earned income credit (EIC) plus any Minnesota Working Family credit. Any remaining amounts shall be turned over to the Chapter 13 plan as additional plan payment.
*THESE TAX REFUNDS PAYMENTS ARE OVER AND ABOVE, AND IN ADDITION TO YOUR REGULAR MONTHLY PAYMENTS*
e. In the event of the surrender or foreclosure or repossession or return of any collateral to any secured creditor listed in Paragraphs 4,5, 6,7, 8 or 13 of this plan, for any reason, the creditor may amend its proof of claim to a general unsecured claim and the Trustee shall pay the claim as a general unsecured claim. Any alleged balance of any claim to any such creditor shall be discharged with the discharge order issued upon completion of this Chapter 13 plan
f. Attorney fee application for pre-confirmation services will be filed before or after confirmation of plan based on hourly rate of $375.00 plus actual costs/expenses, unless Attorney opts to file a short form fee application per local rule 2016-1(d).
Any and all post confirmation services to be performed will be billed at the prevailing hourly rate, and post-confirmation fee applications will be so filed, unless Attorney opts to file short form fee applications per local rule 2016-1(d).

**14. SUMMARY OF PAYMENTS** —
Trustee's Fee [Line 2] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ... . . . . . . . . . $1,824.00
Home Mortgage Defaults [Line 6(d)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. $10,944.00
Claims in Default [Line 7(d)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ........... . . . . . . . . . . . . ... . . $
Other Secured Claims [Line 8(d)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ....... . . . . . . . . . . . . ..... . . . . $
Priority Claims [Line 9(f)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ....... . . . . $3,854.00
Separate Classes [Line 10(c)] . . .. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
Unsecured Creditors [Line 11] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..... . . . . $1,618.00
**TOTAL [must equal Line 1(d)] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . . . . $   18,240.00**

**Ronald J. Lundquist   Atty No. 0269232**        **Signed: /e/ Thomas W. Hofmann**
**3470 Washington Drive   #214**                  **Debtor**
**Eagan MN 55122**
**Telephone: (651) 454-0007**
**Fax: (651) 454-0006**                           **Signed: /e/**
**E-Mail: ron@all-bankruptcy.com**                **Debtor (if joint case)**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

    Thomas W. Hofmann            BKY No. 17-42737 KHS

        Debtor                       Chapter 13

## UNSWORN DECLARATION OF SERVICE

Ronald J. Lundquist an attorney licensed to practice law in this court, with office address at 3470 Washington Dr. #214. Eagan MN 55122, declares that he served:

1. Notice Of Hearing For Confirmation Of Modified Pre-confirmation Chapter 13 Plan, and
2. Pre-confirmation Modified Chapter 13 Plan

upon each of the entities named below, to each of them a copy thereof, by enclosing same in an envelope and mailing by first class mail at the post office at Eagan, Minnesota addressed to each of them as follows and/or delivered by e-mail notification under the Bankruptcy Court's CM/ECF system to each of them as follows:

See attached list

US Trustee

Gregory A. Burrell, Chapter 13 Trustee

And he declares under penalty of perjury, that the foregoing is true and correct.

Executed: 11/13/2017

/e/ Ronald J. Lundquist
Ronald J. Lundquist, Atty No. 269232
Attorney for Debtor(s)
3470 Washington Dr. #214
Eagan MN 55122
PH) 651.454.0007     Fax) 651.454.0006
E-mail: ron@all-bankruptcy.com

```
Label Matrix for local noticing          Minnesota Department of Revenue        State of MN Dept of Manpower Services
0864-4                                    Bankruptcy Section                     1st National Bank Bldg Ste E200
Case 17-42737                             PO Box 64447                           332 Minnesota St
District of Minnesota                     St Paul, MN 55164-0447                 St Paul, MN 55101-1351
Minneapolis
Mon Nov  6 15:39:24 CST 2017

US Trustee                                United States Attorney                 Wells Fargo
1015 US Courthouse                        600 US Courthouse                      Riezman Berger PC
300 S 4th St                              300 S 4th St                           7700 Bonhomme Avenue 7th Floor
Minneapolis, MN 55415-3070                Minneapolis, MN 55415-3070             St. Louis, MO 63105-1960


Minneapolis                               AFNI                                   Caine & Weiner
301 U.S. Courthouse                       POB 3427                               POB 5010
300 South Fourth Street                   Bloomington IL 61702-3427              Woodland Hills CA 91365-5010
Minneapolis, MN 55415-1320


Capital One Bank (USA), N.A.              Capital One Bankruptcy Dept.*          Capital One Bankruptcy Dept.*
PO Box 71083                              POB 30253                              POB 30285
Charlotte, NC  28272-1083                 Salt Lake City UT 84130-0253           Salt Lake City UT 84130-0285


Comcast*                                  Credit One                             Dish Network
POB 34227                                 POB 98873                              Dept 94063
Seattle WA 98124-1227                     Las Vegas NV 89193-8873                Palatine IL 60094


Fay Servicing                             Fay Servicing                          Frontline Asset
440 S. LaSalle St                         POB 809441                             POB 1259
Suite 2000                                Chicago IL 60680-9441                  Oaks PA 19456-1259
Chicago IL 60605-5011


Healtheast                                (p)INTERNAL REVENUE SERVICE            Internal Revenue Service
NW 8947                                   CENTRALIZED INSOLVENCY OPERATIONS      Centralized Insolvency Oper.
POB 1450                                  PO BOX 7346                            POB 7346
Minneapolis MN 55485-1450                 PHILADELPHIA PA 19101-7346             Philadelphia PA 19101-7346


LVNV Funding                              Legal Title Trust IV                   Messerli & Kramer
POB 10497                                 Robertson, Anschutz & Schneid, PL      3033 Campus Dr Suite 250
Greenville SC 29603-0497                  6409 Congress Avenue, Suite 100        Minneapolis MN 55441-2662
                                          Boca Raton, FL 33487-2853


Midland Funding                           Midland Funding                        Minnesota Department of Revenu
16 McLeland Road #101                     8875 Aero Dr                           Bankruptcy Section
Saint Cloud MN 56303-2160                 Suite 200                              POB 64447
                                          San Diego CA 92123-2255                Saint Paul MN 55164-0447


Monarch Recovery                          Nelnet                                 Nelnet on behalf of ECMC
POB 21089                                 3015 Parker Rd #400                    Educational Credit Management Corp
Philadelphia PA 19114-0589                Aurora CO 80014-2904                   PO Box 16408
                                                                                 St. Paul MN 55116-0408
```

| | | |
|---|---|---|
| Northland Group Inc.<br>POB 390846<br>Edina MN 55439-0846 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive Insurance<br>POB 6807<br>Cleveland OH 44101-1807 |
| Riezman Berger P.C.<br>ATTN: Kathryn A. Klein<br>7700 Bonhomme  7th Floor<br>Saint Louis MO 63105-1960 | Riverview Law Office PLLC<br>POB 570<br>Sauk Rapids MN 56379-0570 | Sayer Law Group<br>925 E. Fourth St<br>Waterloo IA 50703-3925 |
| Southwest Credit Systems<br>4120 International Pkway<br>#1100<br>Carrollton TX 75007-1958 | Springer Collection<br>876 7th St E<br>Saint Paul MN 55106-4590 | T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Family Practice Health<br>SDS 12  2421<br>POB 86<br>Minneapolis MN 55486-0086 | Wells Fargo Card Services*<br>POB 10347<br>Des Moines IA 50306-0347 |
| Wells Fargo Home Mortgage<br>POB 10335<br>Des Moines IA 50306-0335 | ZOLL<br>POB 644321<br>Pittsburgh PA 15264-4321 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402-1250 |
| Ronald J. Lundquist<br>3470 Washington Drive<br>Suite 214<br>Eagan, MN 55122-1354 | Thomas W. Hofmann<br>4704 Sixth St NE<br>Columbia Heights, MN 55421-2215 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>Stop 5700<br>30 East 7th St  #1222<br>Saint Paul MN 55101-4940 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>POB 12914<br>Norfolk VA 23541 | US Bank Bankruptcy Dept**<br>POB 5229<br>Cincinnati OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                   47 | |